## PUCKETT v. STATE.
### No. 24464.

Court of Criminal Appeals of Texas.
Oct. 19, 1949.

Allen, Locke & Kouri, Wichita Falls, John Story, Vernon, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for murder. Pending the appeal and on April 2, 1949, the appellant died, as shown by affidavit of the sheriff and the concurrence of the district attorney.

Upon the showing of death thus presented, the appeal is abated.

## J. P. BOATRIGHT v. STATE.
### No. 24625.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

See also 217 S.W.2d 856.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at life imprisonment in the penitentiary.

Appellant perfected an appeal to the Court of Criminal Appeals, and now files his affidavit advising the court that he does not further desire to prosecute the appeal, and upon his request the appeal is dismissed.